**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Parlee Cycles, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-3512215** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **69 Federal Street** <br> **Beverly, MA 01915** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Essex** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.parleecycles.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Parlee Cycles, Inc.**                                    Case number (*if known*) _____
          Name

**7.**   **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___3751___

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor   **Parlee Cycles, Inc.**                                          Case number (*if known*) _____
_____ Name

**10.** **Are any bankruptcy cases**
     **pending or being filed by a**          ■ No
     **business partner or an**               ☐ Yes.
     **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in**    *Check all that apply:*
     ***this district?***
                                  ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                       preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                  ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**     ■ No
     **have possession of any**        ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal**
     **property that needs**
     **immediate attention?**
                                       **Why does the property need immediate attention?** (*Check all that apply.*)

                                       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard? _____

                                       ☐ It needs to be physically secured or protected from the weather.

                                       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                       ☐ Other _____

                                       **Where is the property?** _____
                                                                Number, Street, City, State & ZIP Code

                                       **Is the property insured?**

                                       ☐ No

                                       ☐ Yes.   Insurance agency _____

                                                Contact name _____

                                                Phone _____

⬛ **Statistical and administrative information**

**13.** **Debtor's estimation of**  .   *Check one:*
     **available funds**
                                    ■   Funds will be available for distribution to unsecured creditors.

                                    ☐   After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**     ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
     **creditors**                  ■ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                    ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                    ☐ 200-999

**15.** **Estimated Assets**        ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                    ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.** **Estimated liabilities**   ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Debtor   **Parlee Cycles, Inc.**                                              Case number (*if known*)
         Name

☐ $50,001 - $100,000           ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Parlee Cycles, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2023**
MM / DD / YYYY

**X** **/s/ Robert K. Parlee**                    **Robert K. Parlee**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ David B. Madoff**                    Date **February  6, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone  **508-543-0040**      Email address  **alston@mandkllp.com**

**552968 MA**
Bar number and State

Debtor    Parlee Cycles, Inc.                                    Case number (if known) _____
_____
Name

Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 6, 2023**
                MM / DD / YYYY

X _____          **Robert K. Parlee**
Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

X _____          Date  **February 6, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone   **508-543-0040**          Email address   **alston@mandkllp.com**

**552968 MA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Parlee Cycles, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  6, 2023**          X _____

Signature of individual signing on behalf of debtor

**Robert K. Parlee**
Printed name

**President**
Position or relationship to debtor

**OFFICIAL FORM 7**

### United States Bankruptcy Court
#### District of Massachusetts

In re   Parlee Cycles, Inc.

Debtor(s)

Case No. _____

Chapter    11

### DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION OF PETITIONER

I [We] _____ Robert K. Parlee _____, *hereby declare(s) under penalty of perjury* that all of the information contained in the Petition, Schedules, Statement of Financial Affairs and related documents (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  **February 6, 2023**

Signed: _____

Robert K. Parlee
(Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:  **February 6, 2023**

Signed: _____

David B. Madoff 552968
Madoff & Khoury LLP
124 Washington Street, Suite 202
Foxborough, MA 02035
508-543-0040
madoff@mandkllp.com
Attorney for Affiant

## UNANIMOUS VOTE OF BOARD OF DIRECTORS

The undersigned sole director of Parlee Cycles, Inc., a Massachusetts corporation (the

"Company"), pursuant to the Company's bylaws and the Corporation Law of the Commonwealth

of Massachusetts, does hereby approve, consent to and take the following actions:

VOTED:    That the Company seek relief under Chapter 11 of the Bankruptcy Code, and that the President of the Company (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote;

FURTHER
VOTED:    That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from this consent;

FURTHER
VOTED:    That this consent be filed in the minute book of the Company.

Dated: February 6, 2023

Robert K. Parlee, Director

**Fill in this information to identify the case:**

Debtor name **Parlee Cycles, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February 6, 2023__    X /s/ Robert K. Parlee
_____
Signature of individual signing on behalf of debtor

**Robert K. Parlee**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Parlee Cycles, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **April Joyce c/o Gus' Bike Shop 55 Lafayette Road North Hampton, NH 03862** | | **Deposit Creditor** | | | | **$5,345.50** |
| **Bank of America P.O. Box 15796 Wilmington, DE 19886-5726** | | **Business Credit Card** | | | | **$5,544.82** |
| **BCA 155  Highway 46 West Fairfield, NJ 07004** | | **Business Debt** | | | | **$75,247.28** |
| **BOC International Inc. 21 Drydock Avenue Boston, MA 02210** | | **Business Debt** | | | | **$15,336.19** |
| **Bowen Sports Performance (individual) 225 NE Lafayette Avenue Bend, OR 97701** | | **Business Debt** | | | | **$4,574.00** |
| **Boyd Cycling 1105 Old Buncombe Road Greenville, SC 29617** | | **Business Debt** | | | | **$10,976.94** |
| **Capital One PO Box 71087 Charlotte, NC 28272** | | **Business Credit Card** | | | | **$9,451.25** |
| **Chase Card P.O. Box 15153 Wilmington, DE 19886** | | **Business Credit Card** | | | | **$9,980.47** |
| **Fed Ex P.O. Box 371461 Pittsburgh, PA 15250** | | **Business Debt** | | | | **$5,110.87** |

| Debtor | **Parlee Cycles, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ITG International Transports, Inc.<br>6 Kimball Lane<br>Lynnfield, MA 01941** | | **Business Debt** | | | | **$46,901.23** |
| **James King<br>c/o Sky Blue Bikes<br>419R Queens Road West<br>Shek Tong Tsui,<br>Hong Kong** | | **Deposit Creditor** | | | | **$4,542.45** |
| **Panso Composites Co., Ltd<br>Skybox Composites Co., Ltd<br>12F No. 150, Jiuru 2nd Rd.<br>Kaohsiung City TW** | | **Business Debt** | | | | **$362,149.52** |
| **Piermont Bicycle Connection<br>212 Ash Street<br>Piermont, NY 10968** | | **Business Debt** | | | | **$14,103.67** |
| **Richard Manders<br>23 Cleveland Street<br>Somerville, MA 02143** | | **Deposit Creditor** | | | | **$14,572.56** |
| **Shimano American Corp.<br>PO Box 513838<br>Los Angeles, CA 90051** | | **Business Debt** | | | | **$214,327.19** |
| **Signature Cycles<br>14 Railroad Avenue<br>Greenwich, CT 06830** | | **Business Debt** | | | | **$6,000.00** |
| **SRAM, LLC<br>24213 Newwork Place<br>Chicago, IL 60673** | | **Business Debt** | | | | **$423,313.45** |
| **Tony Porter<br>c/o Bespoke Cycles<br>2843 Clay Street<br>San Francisco, CA 94115** | | **Deposit Creditor** | | | | **$6,699.50** |
| **U.S. Small Business Administration<br>2 North Street, Suite 320<br>Birmingham, AL 35203** | | **All Assets** | | **$2,060,788.27** | **$1,999,532.00** | **$990,598.27** |

Debtor    **Parlee Cycles, Inc.**                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wrench Science (for individual) 1022 Murray Street Berkeley, CA 94710** | | **Business Debt** | | | | **$4,544.00** |

**Fill in this information to identify the case:**

Debtor name    **Parlee Cycles, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................    $     **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................    $     **2,133,908.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................    $     **2,133,908.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **2,992,730.62**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **100,744.69**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **1,224,432.28**

4. **Total liabilities** .........................................................................................................................
   Lines 2 + 3a + 3b    $     **4,317,907.59**

**Fill in this information to identify the case:**

Debtor name    **Parlee Cycles, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank Gloucester** | **Business Checking** | 1966 | $34,128.00 |
| 3.2. | **TD Bank** | **Business Checking** | 4727 | $133,167.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $167,295.00

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | **Parlee Cycles, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

11b. Over 90 days old:    82,832.00   -   29,046.00   =....   **$53,786.00**

        face amount        doubtful or uncollectible accounts

---

**12.**   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$53,786.00** |
|---|---|

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Carbon fiber, tubes and small parts** | 01/20/23 | $0.00 | Cost | $53,315.00 |
| 20. | **Work in progress**<br>**9 Custom Z0s on order** | 01/20/23 | $0.00 | Value of sale | $60,000.00 |
| | **14 stock Z0s - not sold** | 1/16/23 | $0.00 | Cost | $28,000.00 |
| 21. | **Finished goods, including goods held for resale**<br>**Bicycle frames, forks, drivetrains, wheels, and all other parts to make a complete bicycle** | 1/3 and 1/4 2023 | $0.00 | Replacement | $1,738,532.00 |
| 22. | **Other inventory or supplies** | | | | |

**23.**   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | **$1,879,847.00** |
|---|---|

**24.**   **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | **Parlee Cycles, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** | | | |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment including desks, computers, color printer, bar code scanner | **$5,000.00** | Comparable sale | **$2,000.00** |
| Software | **$8,000.00** | Liquidation | **$0.00** |

**42.**   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$2,000.00** |

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2015 Subaru Outback** | **$0.00** | KBB | **$5,745.00** |
| 47.2.   **2008 Nissan Titan** | **$0.00** | KBB | **$1,235.00** |

---

Debtor     **Parlee Cycles, Inc.**                                     Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 47.3. | **Trailer** | $0.00 | **Liquidation** | **$1,000.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Manufacturing Machinery** | $0.00 | **Liquidation** | **$23,000.00** |
| **Manufacturing Molds (likely value $0)** | **$85,000.00** | **Liquidation** | **$0.00** |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| **$30,980.00** |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** **www.parleecycles.com (see attached list)** | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Customer List (see attached)** | $0.00 | | $0.00 |
| 64.  **Other intangibles, or intellectual property** | | | |

Debtor    **Parlee Cycles, Inc.**_____    Case number *(If known)* _____
          Name

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **Parlee Cycles, Inc.**_____   Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $167,295.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $53,786.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,879,847.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,980.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,133,908.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,133,908.00 |

**Fill in this information to identify the case:**

Debtor name __**Parlee Cycles, Inc.**__

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bank Gloucester**<br>Creditor's Name<br><br>**160 Main Street**<br>**Gloucester, MA 01930**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All Assets** | $876,711.00 | $1,999,532.00 |
|  | Describe the lien<br>**Business Line of Credit**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**6/26/14**<br>**Last 4 digits of account number**<br>**2801** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Beneficial/New Lane Financing**<br>Creditor's Name<br>**123 S. Broad St.**<br>**17th Fl**<br>**Philadelphia, PA 19109**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Carbon Cutter** | $2,600.00 | Unknown |
|  | Describe the lien<br>**Asset Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**2017**<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor    **Parlee Cycles, Inc.**                                    Case number (if known)
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Massachusetts Growth Capital Corp.** | **Describe debtor's property that is subject to a lien** | $52,631.35 | $1,999,532.00 |
|---|---|---|---|---|

Creditor's Name

**The Schrafft's Center**
**529 Main Street**
**Charlestown, MA 02129**
Creditor's mailing address

**All Assets**

**Describe the lien**
**All Asset Lien**

**Is the creditor an insider or related party?**
�a No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/14/17**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | $2,060,788.27 | $1,999,532.00 |
|---|---|---|---|---|

Creditor's Name

**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

**All Assets**

**Describe the lien**
**All Asset Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/7/2020**

**Last 4 digits of account number**
**7402**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,992,730.62 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **Parlee Cycles, Inc.**
Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Encore Leasing Group, LLC**<br>**815 Mission Avenue, Suite 202**<br>**Oceanside, CA 92054** | Line __2.2__ | |
| **TCF Equipment Finance**<br>**11100 Wayzata Blvd., Ste. 801**<br>**Hopkins, MN 55305** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name **Parlee Cycles, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Andrew Gray**<br>**4935 Steelhead Street**<br>**Juneau, AK 99801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$139.00** | **$139.00** |
| Date or dates debt was incurred<br>**2/2023** | Basis for the claim:<br>**Deposit Creditor** |  |  |
| Last 4 digits of account number **5155**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Andrew Mackay**<br>**c/o Bespoke Cycling**<br>**30 Gresham Street**<br>**London UK  EC2V7PG** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,945.77** | **$1,945.77** |
| Date or dates debt was incurred<br>**11/2022** | Basis for the claim:<br>**Deposit Creditor** |  |  |
| Last 4 digits of account number **4811**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| Debtor | **Parlee Cycles, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,652.50 | $3,350.00 |
|---|---|---|---|---|

**Andrew Running**
**c/o Cronometro**
**338 West Lakeside Street**
**Madison, WI 53715**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2022**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **4860**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.10 | $126.10 |
|---|---|---|---|---|

**Anne Sehm**
**8307 North Classics Avenue**
**Fresno, CA 93720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5145**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,345.50 | $3,350.00 |
|---|---|---|---|---|

**April Joyce**
**c/o Gus' Bike Shop**
**55 Lafayette Road**
**North Hampton, NH 03862**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2022**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **4807**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.00 | $298.00 |
|---|---|---|---|---|

**Arthur Zerbey**
**1451 Great Pond Road**
**North Andover, MA 01845**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5164**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Parlee Cycles, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $759.50 | $759.50 |
|---|---|---|---|---|

**Bartosz Polak**
**Unit 1/27 Huntingdale Road**
**Oakleigh VIC 3166 Australia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/2023** | **Deposit Creditor** |

Last 4 digits of account number **5129**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,999.50 | $0.00 |
|---|---|---|---|---|

**Bespoke Cycles (for individual)**
**2843 Clay Street**
**San Francisco, CA 94115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/2023** | **Business Debt** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.10 | $151.10 |
|---|---|---|---|---|

**Calvin Fong**
**17 Telok Blangh Crescent**
**Singapore 090017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/2023** | **Deposit Creditor** |

Last 4 digits of account number **5130**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.00 | $487.00 |
|---|---|---|---|---|

**Clifford Aronson**
**550 Polly Park Road**
**Rye, NY 10580**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/2023** | **Deposit Creditor** |

Last 4 digits of account number **5149**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Parlee Cycles, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.46 | $111.46 |
|---|---|---|---|---|

**Cody Haight**
**18 Larose Avenue**
**Gloucester, MA 01930**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5150**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,351.67 | $2,351.67 |
|---|---|---|---|---|

**Collete Trenchard**
**c/o FitWerx 2 MA**
**67 Foster Street**
**Peabody, MA 01960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5113**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.56 | $196.56 |
|---|---|---|---|---|

**Craig Underwood**
**1 Benjamin Place**
**Chestnut Hill, MA 02467**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5162**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.29 | $328.29 |
|---|---|---|---|---|

**Cycles Bespoke**
**Unit 6/516 Guildford Road**
**Bayswater Wester Australia**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5110**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Parlee Cycles, Inc.**                                          Case number (if known)
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,161.00 | $3,350.00 |
|---|---|---|---|---|

**David Klumpp**
**c/o Peregrine Bicycle Studio**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2022**

Basis for the claim:
**Business Debt**

Last 4 digits of account number **4703**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,611.02 | $2,611.02 |
|---|---|---|---|---|

**David Musicant**
**c/o Landry's**
**790 Worcester Street**
**Natick, MA 01760**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2022**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **4881**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.00 | $189.00 |
|---|---|---|---|---|

**Ed Liebowitz**
**29 Grove Street**
**Madison, NJ 07940**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5139**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |
|---|---|---|---|---|

**Eric Pinn**
**104 Island Planation Terrace**
**Vero Beach, FL 32963**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5136**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Parlee Cycles, Inc.** | | Case number (*if known*) | | |
|--------|------------------------|--|--------------------------|--|--|
| | Name | | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$324.00** | **$324.00** |
|------|---------------------------------------------|----------------------------------------------|-------------|-------------|

**Erik Meuleman**
**1445 Chamber Drive**
**Boulder, CO 80305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **4168**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$437.00** | **$437.00** |

**Gary Straus**
**12264 Nasino Avenue**
**Las Vegas, NV 89138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5153**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,179.00** | **$3,350.00** |

**Griffin McPartland**
**241 Oakland Avenue, Apt. 2**
**Oakland, CA 94611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5173**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,336.00** | **$0.00** |

**Group Ostiguy (for individual)**
**24 Chemin de la rive**
**Lac-Beauport**
**QC G3B 1E1 CA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2023**

Basis for the claim:
**Business Debt**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Parlee Cycles, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.23 | Priority creditor's name and mailing address<br>**Hunter Kelley**<br>**22-55 38th Street, Apt. 2**<br>**Astoria, NY 11105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $168.46 | $168.46 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/2023** | Basis for the claim:<br>**Deposit Creditor** | | |
| | Last 4 digits of account number **5154**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.24 | Priority creditor's name and mailing address<br>**James Dwyer**<br>**135 Split Rock Road**<br>**Spring, TX 77381** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $139.00 | $139.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/2023** | Basis for the claim:<br>**Deposit Creditor** | | |
| | Last 4 digits of account number **4168**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.25 | Priority creditor's name and mailing address<br>**James King**<br>**c/o Sky Blue Bikes**<br>**419R Queens Road West**<br>**Shek Tong Tsui, Hong Kong** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,542.45 | $3,350.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2023** | Basis for the claim:<br>**Deposit Creditor** | | |
| | Last 4 digits of account number **5067**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.26 | Priority creditor's name and mailing address<br>**James Yearsley**<br>**c/o Push Cartel**<br>**North Road**<br>**Ableside, Cumbria LA22 9DT UK** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,121.58 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**8/2022** | Basis for the claim:<br>**Deposit Creditor** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor    **Parlee Cycles, Inc.**
Name

Case number (if known)

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |
|---|---|---|---|---|

**Jan Silverskiod**
**101 Willits Way, Unit 103**
**Basalt, CO 81621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5169**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,103.07 | $3,103.07 |
|---|---|---|---|---|

**Jane Miller**
**c/o FitWerx VT**
**4312 Main Street**
**Waitsfield, VT 05673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5078**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,439.50 | $3,350.00 |
|---|---|---|---|---|

**Jay Bowen**
**c/o Perry Rubber Bike Shop**
**240 Bull Street**
**Savannah, GA 31401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5175**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
|---|---|---|---|---|

**Jim Bradley**
**2210 Van Hise Avenue**
**Madison, WI 53726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5158**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor   **Parlee Cycles, Inc.**
    Name

Case number (if known)

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |
| | **Joel Winer** | Check all that apply. | | |
| | **2897 Deer Chase Lane** | ☐ Contingent | | |
| | **York, PA 17403** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2/2023** | **Deposit Creditor** | | |
| | Last 4 digits of account number **5161** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
| | **John Lees** | Check all that apply. | | |
| | **16 Gurney Street** | ☐ Contingent | | |
| | **Cambridge, MA 02138** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **11/2022** | **Business Debt** | | |
| | Last 4 digits of account number **4893** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
| | **Kindsey Hironimus** | Check all that apply. | | |
| | **4808 Tile Line Road** | ☐ Contingent | | |
| | **Crystal Lake, IL 60012** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2/2023** | **Deposit Creditor** | | |
| | Last 4 digits of account number **5148** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
| | **Lisa Chance** | Check all that apply. | | |
| | **10 Old Colony Drive** | ☐ Contingent | | |
| | **Westborough, MA 01581** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2/2023** | **Deposit Creditor** | | |
| | Last 4 digits of account number **5135** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

---

| Debtor | **Parlee Cycles, Inc.** | | Case number (if known) | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.00 | $234.00 |
| --- | --- | --- | --- | --- |

**Lisa Predella**
**2 Flint Locke Lane**
**Medfield, MA 02052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5132**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Lisa Rtomancce**
**56 Beech Street**
**Lake Grove, NY 11755**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2022**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **4952**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.00 | $313.00 |
| --- | --- | --- | --- | --- |

**Luke Mulkearns**
**208 Woodland Street**
**Strathmore, VIC 3041 Australia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5144**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,735.13 | $1,735.13 |
| --- | --- | --- | --- | --- |

**Lyndall Robinson**
**14 Hillcrest Ave., Apt. 2**
**Beverly, MA 01915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5163**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Parlee Cycles, Inc.**

Name

Case number (if known)

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,449.62 | $3,350.00 |
|---|---|---|---|---|

**Mark Elliot**
**22 Skyview Road**
**Lexington, MA 02420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2022**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **4763**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $913.40 | $913.40 |
|---|---|---|---|---|

**Mark Hitz-Hitz Cyclery**
**3012 Mahan Court**
**Grapevine, TX 76051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5143**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.10 | $126.10 |
|---|---|---|---|---|

**Mark Nardone**
**20 Oxford Street**
**Natick, MA 01760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5138**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Matt Ginsburg**
**229 East 12th Street, Apt. 54**
**New York, NY 10003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2022**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **4894**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Parlee Cycles, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318.00 | $318.00 |
|---|---|---|---|---|

**Matthew Babson**
**1 Blackburn Drive**
**Gloucester, MA 01930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5166**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.00 | $129.00 |
|---|---|---|---|---|

**Matthew Jensen**
**30 Manton Road**
**Swampscott, MA 01907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5137**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.00 | $308.00 |
|---|---|---|---|---|

**Matthew Springer+G89**
**471 Winding River Road**
**Hillsborough, NC 27278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5157**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.20 | $233.20 |
|---|---|---|---|---|

**Merrill Hayase**
**32 Alta Cascate Place**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5134**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

Debtor  **Parlee Cycles, Inc.**
_____
Name                                          Case number (if known) _____

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |

**Michael Digris**
**31 Cherry Street**
**Wenham, MA 01984**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5133**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,144.27 | $2,144.27 |

**Neil Goldberg**
**c/o Landry's**
**790 Worcester Street**
**Natick, MA 01760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2022**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **8436**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.00 | $258.00 |

**Paul Reardon**
**620 Holly Road**
**Marshfield, MA 02050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5152**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |

**Peter Joson**
**114 N Windy Point**
**Orange, CA 92869**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5140**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Parlee Cycles, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,572.56 | $3,350.00 |
|---|---|---|---|---|

**Richard Manders**
**23 Cleveland Street**
**Somerville, MA 02143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2022**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5009**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.40 | $87.40 |
|---|---|---|---|---|

**Russell Elliot**
**22 Skyview Road**
**Lexington, MA 02420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5131**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,117.00 | $2,117.00 |
|---|---|---|---|---|

**Scott Litwin**
**c/o Jim's Bike Shop**
**8015 Planfield Road**
**Cincinnati, OH 45236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2022**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **2629**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
|---|---|---|---|---|

**Scott Millmit**
**2902 Brownell Avenue**
**Sullivans Island, SC 29482**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5142**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Parlee Cycles, Inc.**                                      Case number *(if known)* _____
_____
Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |
|---|---|---|---|---|

**Steven Prebble**
**249 Hersey Street**
**Hingham, MA 02043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5165**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.27 | $149.27 |
|---|---|---|---|---|

**Steven Rossi**
**57 Rodman Lane**
**North Kingstown, RI 02852**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5156**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |
|---|---|---|---|---|

**Stuart Parker**
**190 Salem Street**
**Swampscott, MA 01907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **5151**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,896.62 | $2,896.62 |
|---|---|---|---|---|

**Taylor**
**c/o FitWerx VT**
**4312 Man Street**
**Waitsfield, VT 05673**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/21**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **2961**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Parlee Cycles, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |
|---|---|---|---|---|

**Thad Beal**
**170 Varick Road**
**Newton, MA 02458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/2023** | **Deposit Creditor** |

Last 4 digits of account number **5159**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,420.07 | $3,350.00 |
|---|---|---|---|---|

**Tom Newberry**
**c/o FitWerx VT**
**4312 Main Street**
**Waitsfield, VT 05673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/2022** | **Deposit Creditor** |

Last 4 digits of account number **5002**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.02 | $344.02 |
|---|---|---|---|---|

**Tom Rodi**
**4 Patriots Landing**
**Essex, MA 01929**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/2023** | **Deposit Creditor** |

Last 4 digits of account number **5160**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,699.50 | $3,350.00 |
|---|---|---|---|---|

**Tony Porter**
**c/o Bespoke Cycles**
**2843 Clay Street**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/2023** | **Deposit Creditor** |

Last 4 digits of account number **5044**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Parlee Cycles, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.00 | $1,600.00 |
|---|---|---|---|---|

**Victor Gasper**
**34 McDougall Street**
**Kensington, 2033 Sydney Australia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2023**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **4891**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,246.50 | $3,246.50 |
|---|---|---|---|---|

**Wendy Gaddy**
**c/o Velsmith**
**801 Ridge Road**
**Wilmette, IL 60091**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2022**

Basis for the claim:
**Deposit Creditor**

Last 4 digits of account number **4996**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,544.00 | $0.00 |
|---|---|---|---|---|

**Wrench Science (for individual)**
**1022 Murray Street**
**Berkeley, CA 94710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2022**

Basis for the claim:
**Business Debt**

Last 4 digits of account number **4972**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,544.82 |
|---|---|---|---|

**Bank of America**
**P.O. Box 15796**
**Wilmington, DE 19886-5726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,247.28 |
|---|---|---|---|

**BCA**
**155  Highway 46 West**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlee Cycles, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,336.19** |
|---|---|---|---|

**BOC International Inc.**
**21 Drydock Avenue**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,574.00** |
|---|---|---|---|

**Bowen Sports Performance (individual)**
**225 NE Lafayette Avenue**
**Bend, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2023

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,976.94** |
|---|---|---|---|

**Boyd Cycling**
**1105 Old Buncombe Road**
**Greenville, SC 29617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,451.25** |
|---|---|---|---|

**Capital One**
**PO Box 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5448

**Basis for the claim:  Business Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,956.10** |
|---|---|---|---|

**Capital One**
**PO Box 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Credit Card**

Last 4 digits of account number  5932

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,980.47** |
|---|---|---|---|

**Chase Card**
**P.O. Box 15153**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,110.87** |
|---|---|---|---|

**Fed Ex**
**P.O. Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Parlee Cycles, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$506.54**

**Full Speed Ahead**
**12212 Cyrus Way**
**Mukilteo, WA 98275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,901.23**

**ITG International Transports, Inc.**
**6 Kimball Lane**
**Lynnfield, MA 01941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$860.17**

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**New England Draw Back Specialists**
**7 Vickery Lane**
**Rehoboth, MA 02769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$362,149.52**

**Panso Composites Co., Ltd**
**Skybox Composites Co., Ltd**
**12F No. 150, Jiuru 2nd Rd.**
**Kaohsiung City TW**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,584.00**

**Peak Manufacturing**
**325 Authority Drive**
**Fitchburg, MA 01420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,103.67**

**Piermont Bicycle Connection**
**212 Ash Street**
**Piermont, NY 10968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2021**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlee Cycles, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,719.06 |
|---|---|---|---|

**Rand-Whitney Container LLC**
**PO Box 847459**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214,327.19 |
|---|---|---|---|

**Shimano American Corp.**
**PO Box 513838**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Signature Cycles**
**14 Railroad Avenue**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2021**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $423,313.45 |
|---|---|---|---|

**SRAM, LLC**
**24213 Newwork Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **3278**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**The Bicycle Lab**
**2600 NE 25th Terrace**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,053.71 |
|---|---|---|---|

**UPS**
**P.O. Box 7247-0244**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $855.82 |
|---|---|---|---|

**UPS Supply Chain Solutions, Inc.**
**28013 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlee Cycles, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,980.00 |
|---|---|---|---|

**Vittoria Industries**
**1639 West Sheridan Avenue**
**Oklahoma City, OK 73106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 100,744.69 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,224,432.28 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,325,176.97 |

**Fill in this information to identify the case:**

Debtor name    **Parlee Cycles, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest — **Commercial property lease** | |
| State the term remaining | **69 Federal LLC** |
| List the contract number of any government contract _____ | **36 Main Street** <br> **Wenham, MA 01984** |

**Fill in this information to identify the case:**

Debtor name     **Parlee Cycles, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Robert & Isabel Parlee** | **16 Milk Street Essex, MA 01929** | **Bank Gloucester** | ■ D ___**2.1**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Robert & Isabel Parlee** | **16 Milk Street Essex, MA 01929** | **Massachusetts Growth Capital Corp.** | ■ D ___**2.3**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Robert & Isabel Parlee** | **16 Milk Street Essex, MA 01929** | **U.S. Small Business Administration** | ■ D ___**2.4**___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Parlee Cycles, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ☐ Operating a business ■ Other **Gross Sales -January 2023** | **$91,138.00** |
   | **For prior year:** From **1/01/2022** to **12/31/2022** | ☐ Operating a business ■ Other **Gross Sales** | **$3,628,524.00** |
   | **For year before that:** From **1/01/2021** to **12/31/2021** | ☐ Operating a business ■ Other **Gross Sales** | **$4,738,470.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

Debtor   **Parlee Cycles, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Small Business Administration**<br>**265 O'Neill Federal Building**<br>**10 Causeway Street**<br>**Boston, MA 02222** | **Monthly** | **$30,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2.   **See Attached List** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Attached List** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Federal Tax audit of 2019 tax filng resulting in payment of $11,143.26.** | | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **Parlee Cycles, Inc.**                                     Case number *(if known)* _____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **International Rescue Committee**<br>**122 East 42nd Street**<br>**New York, NY 10168** | **Monetary donation to support families in Ukraine** | **5/20/22** | **$3,391.52** |
| | Recipients relationship to debtor<br>**None** | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **Attorney Fees** | | **$25,000.00** |
| | Email or website address<br>**alston@mandkllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Parlee Cycles, Inc.**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **United States Bankruptcy Court** | | | |
| | | Filing Fee | | $1,738.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    **Parlee Cycles, Inc.**                                    Case number *(if known)* _____

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■   No. Go to Part 10.
□   Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    **Parlee Cycles, Inc.**                                         Case number *(if known)*  _____

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **James J. Mocera CPA LCW CPA 303 Canal Street, Suite 200 Lawrence, MA 01840** | **9/20/17** |
| 26a.2. | **Ilene Krivelow controller/bookkeeper for Parlee Cycles** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Parlee Cycles, Inc.**    Case number *(if known)*

☐ None

| Name and address |
|---|
| 26d.1.    **Bank Gloucester**<br>**160 Main Street**<br>**Gloucester, MA 01930** |
| 26d.2.    **Massachusetts Growth Capital Corporation**<br>**529 Main Street**<br>**Boston, MA 02129** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Ben Schwabe, Warehouse Manager** | **12/31/22** | **$2,096,371.62** |
| | Name and address of the person who has possession of inventory records | | |
| | **Parlee Cycles**<br>**69 Federal Street**<br>**Essex, MA 01929** | | |
| 27.2. | **Ilene Krivelow, Controller** | **12/31/21** | **$1,235,823.17** |
| | Name and address of the person who has possession of inventory records | | |
| | **Parlee Cycles**<br>**69 Federal Street**<br>**Essex, MA 01929** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert K. Parlee** | **16A Milk Street**<br>**Essex, MA 01929** | **Sole Officer and Director** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Parlee Cycles, Inc.**                                             Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attached to Question 4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2023**

**/s/ Robert K. Parlee**                                    **Robert K. Parlee**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Payments 11/1/22 - 2/4/23

| Posting Date | Doc. No. | Offset Acct Name | Deb./Cred. (LC) |
|---|---|---|---|
| 12/16/2022 | PS 11827 | ACT Lab LLC | -1,039.60 |
| 1/13/2023 | PS 11936 | ACT Lab LLC | -510.00 |
| 2/4/2023 | PS 12037 | Airgas USA, LLC | -123.53 |
| 11/4/2022 | PS 11692 | Andre Lu | -750.00 |
| 12/2/2022 | PS 11792 | Andre Lu | -750.00 |
| 1/6/2023 | PS 11911 | Andre Lu | -750.00 |
| 2/4/2023 | PS 12049 | Andre Lu | -750.00 |
| 12/16/2022 | PS 11828 | Arundel Bicycle Company LP | -2,680.00 |
| 11/28/2022 | PS 11759 | Bank Gloucester | -10,868.31 |
| 12/27/2022 | PS 11868 | Bank Gloucester | -5,839.72 |
| 1/27/2023 | PS 12011 | Bank Gloucester | -6,179.83 |
| 11/30/2022 | PS 11762 | Bank of America - #8224 | -500.00 |
| 1/2/2023 | PS 11893 | Bank of America - #8224 | -500.00 |
| 1/13/2023 | PS 11951 | Bank of America - #8224 | -1,217.23 |
| 11/4/2022 | PS 11680 | BCA | -1,750.00 |
| 11/11/2022 | PS 11708 | BCA | -1,750.00 |
| 11/25/2022 | PS 11731 | Beneficial Equipment Finance Corp/NewLane Finance | -1,129.43 |
| 12/25/2022 | PS 11843 | Beneficial Equipment Finance Corp/NewLane Finance | -1,129.43 |
| 1/25/2023 | PS 11955 | Beneficial Equipment Finance Corp/NewLane Finance | -1,129.43 |
| 12/2/2022 | PS 11781 | Benjamin Corbalis | -812.22 |
| 12/16/2022 | PS 11817 | Benjamin Corbalis | -785.20 |
| 1/27/2023 | PS 12014 | Benjamin Corbalis | -807.40 |
| 2/4/2023 | PS 12045 | Benjamin Corbalis | -627.00 |
| 1/27/2023 | PS 12032 | Benjamin Schwabe | -1,033.74 |
| 12/28/2022 | PS 11905 | Bevato International Corp. | -560.00 |
| 11/7/2022 | PS 11697 | BOC International Inc. | -12,152.80 |
| 12/2/2022 | PS 11791 | BOC International Inc. | -6,238.16 |
| 12/19/2022 | PS 11833 | BOC International Inc. | -10,798.24 |
| 11/4/2022 | PS 11681 | Boston IT, Inc. | -915.00 |
| 12/2/2022 | PS 11780 | Boston IT, Inc. | -915.00 |
| 12/16/2022 | PS 11820 | Boston IT, Inc. | -915.00 |
| 1/27/2023 | PS 12015 | Boston IT, Inc. | -915.00 |
| 11/16/2022 | PS 11732 | Capital One  #5448 | -1,000.00 |
| 11/29/2022 | PS 11766 | Capital One  #5448 | -1,000.00 |
| 12/9/2022 | PS 11801 | Capital One  #5448 | -500.00 |
| 1/6/2023 | PS 11910 | Capital One  #5448 | -569.79 |
| 1/13/2023 | PS 11942 | Capital One  #5448 | -564.92 |
| 1/23/2023 | PS 12002 | Capital One  #5448 | -500.00 |
| 2/1/2023 | PS 12029 | Capital One  #5448 | -500.00 |
| 12/6/2022 | PS 11795 | Capital One Visa-#5932 | -500.00 |
| 12/20/2022 | PS 11851 | Capital One Visa-#5932 | -500.00 |
| 1/13/2023 | PS 11944 | Capital One Visa-#5932 | -963.91 |
| 11/4/2022 | PS 11682 | Casella | -563.85 |
| 12/16/2022 | PS 11821 | Casella | -574.59 |

| Date | Ref | Payee | Amount |
|---|---|---|---|
| 1/6/2023 | PS 11906 | Casella | -589.06 |
| 2/3/2023 | PS 12039 | Casella | -657.75 |
| 12/20/2022 | PS 11850 | Chase VISA - # 3835 | -500.00 |
| 1/13/2023 | PS 11943 | Chase VISA - # 3835 | -457.81 |
| 11/4/2022 | PS 11683 | Comcast | -197.77 |
| 12/2/2022 | PS 11798 | Comcast | -197.77 |
| 1/6/2023 | PS 11917 | Comcast | -197.77 |
| 1/27/2023 | PS 12016 | Comcast | -204.33 |
| 12/19/2022 | PS 11829 | Comm. of Mass. | -350.00 |
| 12/2/2022 | PS 11790 | David M Howe | -481.33 |
| 12/19/2022 | PS 11835 | David M Howe | -170.45 |
| 1/27/2023 | PS 12019 | David M Howe | -512.40 |
| 2/4/2023 | PS 12047 | David M Howe | -14.50 |
| 11/23/2022 | PS 11754 | Department of Homeland Security | -10,348.41 |
| 11/23/2022 | PS 11755 | Department of Homeland Security | -3,334.68 |
| 12/22/2022 | PS 11853 | Department of Homeland Security | -10,220.81 |
| 1/25/2023 | PS 12008 | Department of Homeland Security | -14,540.36 |
| 12/2/2022 | PS 11785 | Dinosports LLC | -1,214.73 |
| 12/16/2022 | PS 11819 | Dinosports LLC | -580.57 |
| 1/27/2023 | PS 12013 | Dinosports LLC | -178.15 |
| 2/3/2023 | PS 12044 | Dinosports LLC | -51.75 |
| 12/19/2022 | PS 11832 | Dongguan Wei Sheng Packing | -1,110.00 |
| 11/22/2022 | JE 124786 | Ek Xiamen Composite Tech | -2,749.00 |
| 1/13/2023 | PS 11947 | Ek Xiamen Composite Tech | -2,012.56 |
| 11/4/2022 | PS 11693 | Ergon Bike Ergonomics | -3,519.00 |
| 11/2/2022 | PS 11668 | Excel Cleaning Ent. Inc. | -125.00 |
| 11/9/2022 | PS 11702 | Excel Cleaning Ent. Inc. | -125.00 |
| 11/16/2022 | PS 11706 | Excel Cleaning Ent. Inc. | -125.00 |
| 11/22/2022 | PS 11748 | Excel Cleaning Ent. Inc. | -125.00 |
| 11/30/2022 | PS 11760 | Excel Cleaning Ent. Inc. | -125.00 |
| 12/7/2022 | PS 11793 | Excel Cleaning Ent. Inc. | -125.00 |
| 12/21/2022 | PS 11814 | Excel Cleaning Ent. Inc. | -250.00 |
| 12/27/2022 | PS 11870 | Excel Cleaning Ent. Inc. | -125.00 |
| 1/4/2023 | PS 11892 | Excel Cleaning Ent. Inc. | -125.00 |
| 1/11/2023 | PS 11918 | Excel Cleaning Ent. Inc. | -125.00 |
| 1/18/2023 | PS 11952 | Excel Cleaning Ent. Inc. | -125.00 |
| 1/25/2023 | PS 11999 | Excel Cleaning Ent. Inc. | -125.00 |
| 2/1/2023 | PS 12023 | Excel Cleaning Ent. Inc. | -125.00 |
| 11/18/2022 | PS 11753 | Express Funds (Transmodus) | -40.95 |
| 12/6/2022 | PS 11797 | Express Funds (Transmodus) | -60.22 |
| 1/9/2023 | PS 11920 | Express Funds (Transmodus) | -41.15 |
| 11/3/2022 | JE 124075 | Federal Withholding | -9,526.94 |
| 11/17/2022 | JE 124590 | Federal Withholding | -11,272.34 |
| 12/1/2022 | JE 125000 | Federal Withholding | -9,257.06 |
| 12/15/2022 | JE 125588 | Federal Withholding | -9,784.72 |
| 12/29/2022 | JE 126197 | Federal Withholding | -8,927.52 |
| 1/12/2023 | JE 126715 | Federal Withholding | -10,643.60 |

| | | | |
|---|---|---|---|
| 1/26/2023 | JE 127138 | Federal Withholding | -9,577.43 |
| 11/4/2022 | PS 11690 | FedEx | -1,010.28 |
| 11/14/2022 | PS 11715 | FedEx | -667.69 |
| 12/2/2022 | PS 11787 | FedEx | -3,259.92 |
| 12/19/2022 | PS 11838 | FedEx | -6,223.08 |
| 12/23/2022 | PS 11865 | FedEx | -6,280.90 |
| 1/6/2023 | PS 11914 | FedEx | -1,983.33 |
| 1/13/2023 | PS 11948 | FedEx | -3,760.13 |
| 11/11/2022 | PS 11709 | Fellers | -115.72 |
| 1/6/2023 | PS 11907 | Fellers | -123.10 |
| 1/13/2023 | PS 11937 | Fellers | -115.72 |
| 11/4/2022 | PS 11684 | FinishMaster | -1,584.98 |
| 11/11/2022 | PS 11710 | FinishMaster | -519.39 |
| 12/23/2022 | PS 11861 | FinishMaster | -1,387.98 |
| 1/6/2023 | PS 11908 | FinishMaster | -1,602.67 |
| 1/9/2023 | PS 11919 | FinishMaster | -3,171.06 |
| 1/13/2023 | PS 11945 | FinishMaster | -1,780.71 |
| 2/3/2023 | PS 12040 | FinishMaster | -3,822.99 |
| 11/16/2022 | PS 11728 | First Insurance Funding Corp. | -3,427.16 |
| 12/19/2022 | PS 11840 | First Insurance Funding Corp. | -3,427.16 |
| 1/13/2023 | PS 11949 | First Insurance Funding Corp. | -3,427.16 |
| 1/6/2023 | PS 11904 | Fulchee Ent Co. Ltd | -1,872.00 |
| 12/1/2022 | PS 11776 | GRAT Co., LTD. | -94.62 |
| 11/4/2022 | PS 11685 | Harvard Financial Management | -2,500.00 |
| 12/23/2022 | PS 11860 | Harvard Financial Management | -2,500.00 |
| 1/13/2023 | PS 11946 | Harvard Financial Management | -2,500.00 |
| 2/3/2023 | PS 12042 | Harvard Financial Management | -2,500.00 |
| 11/28/2022 | PS 11761 | HSA Insurance | -3,445.88 |
| 12/19/2022 | PS 11841 | HSA Insurance | -3,450.88 |
| 1/20/2023 | PS 11998 | HSA Insurance | -3,450.88 |
| 11/4/2022 | PS 11694 | Hunter Daniel Kelley | -4,106.25 |
| 12/2/2022 | PS 11789 | Hunter Daniel Kelley | -3,600.00 |
| 12/23/2022 | PS 11858 | Hunter Daniel Kelley | -4,012.50 |
| 1/6/2023 | PS 11912 | Hunter Daniel Kelley | -3,787.50 |
| 1/27/2023 | PS 12018 | Hunter Daniel Kelley | -3,450.00 |
| 2/4/2023 | PS 12050 | Hunter Daniel Kelley | -3,487.50 |
| 12/2/2022 | PS 11783 | Ilene Krivelow | -76.00 |
| 1/13/2023 | PS 11938 | Ilene Krivelow | -75.00 |
| 1/20/2023 | PS 11995 | Ilene Krivelow | -489.50 |
| 1/23/2023 | PS 12000 | Ilene Krivelow | -75.00 |
| 1/20/2023 | PS 11996 | Isabel Parlee | -489.50 |
| 1/27/2023 | PS 12033 | James Vincent Jr | -1,097.31 |
| 12/2/2022 | PS 11788 | Kim Roberts | -1,900.99 |
| 12/19/2022 | PS 11834 | Kim Roberts | -3,050.38 |
| 12/16/2022 | PS 11815 | Lyndall Robinson | -39.00 |
| 12/16/2022 | PS 11831 | Madoff & Khoury LLP | -5,000.00 |
| 11/1/2022 | PS 11672 | Massachusetts Growth Capital Corporation | -4,821.80 |

| | | | |
|---|---|---|---|
| 12/2/2022 | PS 11778 | Massachusetts Growth Capital Corporation | -4,775.30 |
| 2/3/2023 | PS 12036 | Massachusetts Growth Capital Corporation | -737.56 |
| 11/4/2022 | PS 11691 | MASSDOT | -160.00 |
| 11/4/2022 | PS 11686 | McMaster - Carr | -444.54 |
| 12/23/2022 | PS 11859 | McMaster - Carr | -589.85 |
| 1/6/2023 | PS 11909 | McMaster - Carr | -655.89 |
| 12/16/2022 | PS 11826 | Moynihan Lumber | -208.40 |
| 2/3/2023 | PS 12041 | Moynihan Lumber | -114.97 |
| 11/11/2022 | PS 11711 | N'ware Technologies, Inc | -405.60 |
| 12/16/2022 | PS 11816 | National Grid | -131.98 |
| 12/23/2022 | PS 11864 | National Grid | -847.56 |
| 1/27/2023 | PS 12017 | National Grid | -1,433.01 |
| 11/4/2022 | PS 11689 | National Grid - Electric | -1,532.64 |
| 12/19/2022 | PS 11842 | National Grid - Electric | -1,693.71 |
| 1/6/2023 | PS 11915 | National Grid - Electric | -2,956.45 |
| 1/10/2023 | PS 11922 | New England Drawback Specialists, Inc | -600.00 |
| 11/4/2022 | PS 11695 | Nusa Design Studio | -3,715.00 |
| 2/4/2023 | PS 12048 | Nusa Design Studio | -675.00 |
| 12/15/2022 | PS 11813 | Paragon Machine Works | -260.64 |
| 11/3/2022 | JE 124077 | Parlee Cycles Direct Sale | 240.00 |
| 11/17/2022 | JE 124592 | Parlee Cycles Direct Sale | 280.47 |
| 12/1/2022 | JE 125002 | Parlee Cycles Direct Sale | 219.05 |
| 12/15/2022 | JE 125590 | Parlee Cycles Direct Sale | 214.52 |
| 12/29/2022 | JE 126199 | Parlee Cycles Direct Sale | 30.24 |
| 1/12/2023 | JE 126717 | Parlee Cycles Direct Sale | 138.38 |
| 11/14/2022 | PS 11707 | Patrick Clapp | -27.63 |
| 1/27/2023 | PS 12031 | Patrick Clapp | -663.80 |
| 11/2/2022 | PS 11678 | Pay Trace | -4,210.85 |
| 12/2/2022 | PS 11777 | Pay Trace | -2,792.03 |
| 1/3/2023 | PS 11895 | Pay Trace | -4,806.66 |
| 2/2/2023 | PS 12026 | Pay Trace | -2,263.86 |
| 11/3/2022 | JE 124076 | Payroll Processing Fee | -193.52 |
| 11/3/2022 | JE 125758 | Payroll Processing Fee | -25.00 |
| 11/17/2022 | JE 124591 | Payroll Processing Fee | -193.52 |
| 12/1/2022 | JE 125001 | Payroll Processing Fee | -193.52 |
| 12/15/2022 | JE 125589 | Payroll Processing Fee | -104.53 |
| 12/29/2022 | JE 126198 | Payroll Processing Fee | -104.53 |
| 1/12/2023 | JE 126716 | Payroll Processing Fee | -416.43 |
| 1/26/2023 | JE 127139 | Payroll Processing Fee | -104.53 |
| 11/11/2022 | PS 11712 | Pittsburgh Logistics Systems, Inc. | -378.00 |
| 12/30/2022 | PS 11891 | Pittsburgh Logistics Systems, Inc. | -1,300.00 |
| 11/3/2022 | JE 124074 | Production Payroll - Paint | -234.00 |
| 11/3/2022 | JE 124074 | Production Payroll - Paint | -26,521.77 |
| 11/17/2022 | JE 124589 | Production Payroll - Paint | -234.00 |
| 11/17/2022 | JE 124589 | Production Payroll - Paint | -30,446.89 |
| 12/1/2022 | JE 124999 | Production Payroll - Paint | -117.00 |
| 12/1/2022 | JE 124999 | Production Payroll - Paint | -26,195.08 |

| | | | |
|---|---|---|---:|
| 12/15/2022 | JE 125587 | Production Payroll - Paint | -27,361.57 |
| 12/29/2022 | JE 126196 | Production Payroll - Paint | -25,433.95 |
| 1/12/2023 | JE 126714 | Production Payroll - Paint | -28,330.35 |
| 1/26/2023 | JE 127137 | Production Payroll - Paint | -25,912.73 |
| 11/9/2022 | PS 11726 | Protective Life Insurance Company | -61.43 |
| 12/7/2022 | PS 11794 | Protective Life Insurance Company | -61.43 |
| 1/9/2023 | PS 11929 | Protective Life Insurance Company | -61.43 |
| 12/2/2022 | PS 11784 | Robert Parlee | -215.00 |
| 1/13/2023 | PS 11939 | Robert Parlee | -215.00 |
| 1/20/2023 | PS 11997 | Robert Parlee | -489.50 |
| 1/23/2023 | PS 12001 | Robert Parlee | -244.02 |
| 11/15/2022 | PS 11734 | Roger Menard | -235.00 |
| 12/22/2022 | PS 11855 | Sales Tax Payable | -55.38 |
| 11/14/2022 | PS 11717 | Santin Development Group | -12,046.27 |
| 12/16/2022 | PS 11830 | Santin Development Group | -6,705.62 |
| 1/6/2023 | PS 11913 | Santin Development Group | -6,705.62 |
| 2/3/2023 | PS 12035 | Santin Development Group | -11,370.54 |
| 12/2/2022 | JE 125077 | Shimano American Corporation | -1,301.63 |
| 11/4/2022 | PS 11696 | Skybox Composites Co., Ltd. | -3,534.96 |
| 11/21/2022 | PS 11751 | Skybox Composites Co., Ltd. | -59,010.21 |
| 11/14/2022 | PS 11719 | SRAM LLC | -39,082.71 |
| 11/21/2022 | PS 11752 | SRAM LLC | -10,938.13 |
| 12/16/2022 | PS 11822 | Staples | -131.95 |
| 12/16/2022 | PS 11823 | Staples | -61.61 |
| 1/27/2023 | PS 12034 | Steve J Thomas | -4,276.19 |
| 2/4/2023 | PS 12038 | Stonybrook Water Company | -168.94 |
| 11/16/2022 | PS 11747 | The Hartford | -1,231.75 |
| 12/19/2022 | PS 11839 | The Hartford | -1,269.75 |
| 1/13/2023 | PS 11950 | The Hartford | -1,269.75 |
| 12/6/2022 | PS 11796 | Toray Composites | -2,235.14 |
| 1/10/2023 | PS 11921 | Toray Composites | -4,081.22 |
| 11/14/2022 | PS 11718 | U.S. Small Business Administration | -9,835.00 |
| 11/4/2022 | PS 11687 | Uline | -310.50 |
| 12/16/2022 | PS 11824 | Uline | -245.50 |
| 1/13/2023 | PS 11940 | Uline | -369.50 |
| 11/4/2022 | PS 11688 | UPS | -57.76 |
| 11/14/2022 | PS 11716 | UPS | -184.36 |
| 12/2/2022 | PS 11786 | UPS | -2,463.31 |
| 12/19/2022 | PS 11836 | UPS | -2,565.15 |
| 12/23/2022 | PS 11862 | UPS | -645.81 |
| 1/6/2023 | PS 11916 | UPS | -59.87 |
| 1/13/2023 | PS 11941 | UPS | -1,778.04 |
| 12/19/2022 | PS 11837 | UPS Supply Chain Solutions, Inc.-IL | -1,204.67 |
| 12/23/2022 | PS 11863 | UPS Supply Chain Solutions, Inc.-IL | -419.66 |
| 2/4/2023 | PS 12046 | Velotech Services Ltd | -389.86 |
| 11/23/2022 | PS 11756 | Verizon Wireless | -225.53 |
| 12/23/2022 | PS 11867 | Verizon Wireless | -236.43 |

| Date | Ref | Payee | Amount |
|---|---|---|---|
| 1/25/2023 | PS 12009 | Verizon Wireless | -225.53 |
| 12/16/2022 | PS 11825 | W.B. Mason | -82.85 |
| 12/2/2022 | PS 11782 | William G Davis | -654.66 |
| 12/16/2022 | PS 11818 | William G Davis | -244.55 |
| 1/27/2023 | PS 12012 | William G Davis | -1.75 |
| 2/3/2023 | PS 12043 | William G Davis | -162.45 |
| 11/30/2022 | JE 125741 | Wire/Intuit Fees - In/Out | -44.01 |
| 12/30/2022 | PS 11872 | Workswell Bikes | -6,420.00 |

## **SOFA – Exhibit 4-Insider Payments**

Payments to Robert & Isabel - Feb 2022 - Feb 2023:

Payroll:
  Robert $84,930.73
  Isabel  $67,730.73

Health Insurance:
  Robert $5,139.72
  Isabel  $2,020.43

Expense Reimbursement:
  Robert $3,402.50
  Isabel  $0.00

## United States Bankruptcy Court
### District of Massachusetts

In re    **Parlee Cycles, Inc.**

Debtor(s)

Case No.

Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Estate of Richard Hayes**<br>**680 East Broadway**<br>**Haverhill, MA 01830** | | **5%** | **Shareholder** |
| **Jerome Fanucci**<br>**4 Constitution Rd**<br>**Lexington, MA 02421** | | **10%** | **Shareholder** |
| **Robert Parlee** | | **85%** | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February  6, 2023**

Signature    **/s/ Robert K. Parlee**

**Robert K. Parlee**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Massachusetts

In re  **Parlee Cycles, Inc.**                                                     Case No.

                                                    Debtor(s)      Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February  6, 2023**                          **/s/ Robert K. Parlee**
                                                        **Robert K. Parlee**/**President**
                                                        Signer/Title

.

69 Federal LLC
36 Main Street
Wenham, MA 01984

Andrew Gray
4935 Steelhead Street
Juneau, AK 99801

Andrew Mackay
c/o Bespoke Cycling
30 Gresham Street
London UK  EC2V7PG

Andrew Running
c/o Cronometro
338 West Lakeside Street
Madison, WI 53715

Anne Sehm
8307 North Classics Avenue
Fresno, CA 93720

April Joyce
c/o Gus' Bike Shop
55 Lafayette Road
North Hampton, NH 03862

Arthur Zerbey
1451 Great Pond Road
North Andover, MA 01845

Bank Gloucester
160 Main Street
Gloucester, MA 01930

Bank of America
P.O. Box 15796
Wilmington, DE 19886-5726

Bartosz Polak
Unit 1/27 Huntingdale Road
Oakleigh VIC 3166 Australia

BCA
155  Highway 46 West
Fairfield, NJ 07004

Beneficial/New Lane Financing
123 S. Broad St.
17th Fl
Philadelphia, PA 19109

Bespoke Cycles (for individual)
2843 Clay Street
San Francisco, CA 94115

BOC International Inc.
21 Drydock Avenue
Boston, MA 02210

Bowen Sports Performance (individual)
225 NE Lafayette Avenue
Bend, OR 97701

Boyd Cycling
1105 Old Buncombe Road
Greenville, SC 29617

Calvin Fong
17 Telok Blangh Crescent
Singapore 090017

Capital One
PO Box 71087
Charlotte, NC 28272

Chase Card
P.O. Box 15153
Wilmington, DE 19886

Clifford Aronson
550 Polly Park Road
Rye, NY 10580

Cody Haight
18 Larose Avenue
Gloucester, MA 01930

Collete Trenchard
c/o FitWerx 2 MA
67 Foster Street
Peabody, MA 01960

Craig Underwood
1 Benjamin Place
Chestnut Hill, MA 02467

Cycles Bespoke
Unit 6/516 Guildford Road
Bayswater Wester Australia

David Klumpp
c/o Peregrine Bicycle Studio

David Musicant
c/o Landry's
790 Worcester Street
Natick, MA 01760

Ed Liebowitz
29 Grove Street
Madison, NJ 07940

Encore Leasing Group, LLC
815 Mission Avenue, Suite 202
Oceanside, CA 92054

Eric Pinn
104 Island Planation Terrace
Vero Beach, FL 32963

Erik Meuleman
1445 Chamber Drive
Boulder, CO 80305

Fed Ex
P.O. Box 371461
Pittsburgh, PA 15250

Full Speed Ahead
12212 Cyrus Way
Mukilteo, WA 98275

Gary Straus
12264 Nasino Avenue
Las Vegas, NV 89138

Griffin McPartland
241 Oakland Avenue, Apt. 2
Oakland, CA 94611

Group Ostiguy (for individual)
24 Chemin de la rive
Lac-Beauport
QC G3B 1E1 CA

Hunter Kelley
22-55 38th Street, Apt. 2
Astoria, NY 11105

ITG International Transports, Inc.
6 Kimball Lane
Lynnfield, MA 01941

James Dwyer
135 Split Rock Road
Spring, TX 77381

James King
c/o Sky Blue Bikes
419R Queens Road West
Shek Tong Tsui, Hong Kong

James Yearsley
c/o Push Cartel
North Road
Ableside, Cumbria LA22 9DT UK

Jan Silverskiod
101 Willits Way, Unit 103
Basalt, CO 81621

Jane Miller
c/o FitWerx VT
4312 Main Street
Waitsfield, VT 05673

Jay Bowen
c/o Perry Rubber Bike Shop
240 Bull Street
Savannah, GA 31401

Jim Bradley
2210 Van Hise Avenue
Madison, WI 53726

Joel Winer
2897 Deer Chase Lane
York, PA 17403

John Lees
16 Gurney Street
Cambridge, MA 02138

Kindsey Hironimus
4808 Tile Line Road
Crystal Lake, IL 60012

Lisa Chance
10 Old Colony Drive
Westborough, MA 01581

Lisa Predella
2 Flint Locke Lane
Medfield, MA 02052

Lisa Rtomancce
56 Beech Street
Lake Grove, NY 11755

Luke Mulkearns
208 Woodland Street
Strathmore, VIC 3041 Australia

Lyndall Robinson
14 Hillcrest Ave., Apt. 2
Beverly, MA 01915

Mark Elliot
22 Skyview Road
Lexington, MA 02420

Mark Hitz-Hitz Cyclery
3012 Mahan Court
Grapevine, TX 76051

Mark Nardone
20 Oxford Street
Natick, MA 01760

Massachusetts Growth Capital Corp.
The Schrafft's Center
529 Main Street
Charlestown, MA 02129

Matt Ginsburg
229 East 12th Street, Apt. 54
New York, NY 10003

Matthew Babson
1 Blackburn Drive
Gloucester, MA 01930

Matthew Jensen
30 Manton Road
Swampscott, MA 01907

Matthew Springer+G89
471 Winding River Road
Hillsborough, NC 27278

McMaster-Carr
PO Box 7690
Chicago, IL 60680

Merrill Hayase
32 Alta Cascate Place
Henderson, NV 89011

Michael Digris
31 Cherry Street
Wenham, MA 01984

Neil Goldberg
c/o Landry's
790 Worcester Street
Natick, MA 01760

New England Draw Back Specialists
7 Vickery Lane
Rehoboth, MA 02769

Panso Composites Co., Ltd
Skybox Composites Co., Ltd
12F No. 150, Jiuru 2nd Rd.
Kaohsiung City TW

Paul Reardon
620 Holly Road
Marshfield, MA 02050

Peak Manufacturing
325 Authority Drive
Fitchburg, MA 01420

Peter Joson
114 N Windy Point
Orange, CA 92869

Piermont Bicycle Connection
212 Ash Street
Piermont, NY 10968

Rand-Whitney Container LLC
PO Box 847459
Boston, MA 02284

Richard Manders
23 Cleveland Street
Somerville, MA 02143

Robert & Isabel Parlee
16 Milk Street
Essex, MA 01929

Russell Elliot
22 Skyview Road
Lexington, MA 02420

Scott Litwin
c/o Jim's Bike Shop
8015 Planfield Road
Cincinnati, OH 45236

Scott Millmit
2902 Brownell Avenue
Sullivans Island, SC 29482

Shimano American Corp.
PO Box 513838
Los Angeles, CA 90051

Signature Cycles
14 Railroad Avenue
Greenwich, CT 06830

SRAM, LLC
24213 Newwork Place
Chicago, IL 60673

Steven Prebble
249 Hersey Street
Hingham, MA 02043

Steven Rossi
57 Rodman Lane
North Kingstown, RI 02852

Stuart Parker
190 Salem Street
Swampscott, MA 01907

Taylor
c/o FitWerx VT
4312 Man Street
Waitsfield, VT 05673

TCF Equipment Finance
11100 Wayzata Blvd., Ste. 801
Hopkins, MN 55305

Thad Beal
170 Varick Road
Newton, MA 02458

The Bicycle Lab
2600 NE 25th Terrace
Boca Raton, FL 33431

Tom Newberry
c/o FitWerx VT
4312 Main Street
Waitsfield, VT 05673

Tom Rodi
4 Patriots Landing
Essex, MA 01929

Tony Porter
c/o Bespoke Cycles
2843 Clay Street
San Francisco, CA 94115

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170

UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673

Victor Gasper
34 McDougall Street
Kensington, 2033 Sydney Australia

Vittoria Industries
1639 West Sheridan Avenue
Oklahoma City, OK 73106

Wendy Gaddy
c/o Velsmith
801 Ridge Road
Wilmette, IL 60091

Wrench Science (for individual)
1022 Murray Street
Berkeley, CA 94710

# United States Bankruptcy Court
## District of Massachusetts

In re  **Parlee Cycles, Inc.**
_____    Case No. _____
                                    Debtor(s)           Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Parlee Cycles, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

**February  6, 2023**
_____
Date

**/s/ David B. Madoff**
_____
**David B. Madoff 552968**
Signature of Attorney or Litigant
Counsel for   **Parlee Cycles, Inc.**
_____
**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**