**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PARLEE CYCLES, INC.**<br><br>Debtor. | **Chapter 11**<br>**Case No. 23-10161-CJP** |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE UNDER CONFIRMED
<u>CHAPTER 11 SUBCHAPTER V PLAN OF REORGANIZATION</u>**

Debtor Parlee Cycles, Inc. (the "Debtor") hereby gives notice that the "Effective Date" under its confirmed Chapter 11 Subchapter V Plan of Reorganization dated August 8, 2023 (the "Plan") occurred on October 9, 2023.

Respectfully submitted this 9th day of October 2023.

        PARLEE CYCLES, INC.

        By its attorneys,

        */s/ Nina M. Parker*
        Nina M. Parker (BBO #389990)
        David B. Madoff (BBO #552968)
        MADOFF & KHOURY LLP
        124 Washington Street
        Foxboro, MA 02035
        508-543-0040
        parker@mandkllp.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PARLEE CYCLES, INC.** <br><br> **Debtor.** | **Chapter 11** <br> **Case No. 23-10161-CJP** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 9, 2023, she caused copies of the foregoing Notice of Effective Date to be served by United States first class mail, postage prepaid or by ECF, upon the following parties:

**SERVICE LIST**

Paul G. Crochiere on behalf of Creditor BankGloucester
pcrochiere@regnante.com

Gary W. Cruickshank on behalf of Interested Party John Harrison
gwc@cruickshank-law.com, cruickshankgr87938@notify.bestcase.com

Stephen Darr
sdarr@hcg.com

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV
James M. Liston on behalf of Creditor Massachusetts Growth Capital Corporation
jml@bostonbusinesslaw.com

Heather Sprague on behalf of Assistant U.S. Trustee John Fitzgerald
Heather.Sprague@usdoj.gov

Parlee Cycles, Inc.
69 Federal Street
Beverly, MA 01915

Internal Revenue Service

P.O. Box 7346
Philadelphia, PA 19101

Commonwealth of Massachusetts
Deptartment of Unemployment Assistance
Legal Dept. 1st Fl, Attn Chief Counsel
19 Staniford Street
Boston, MA 02114

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114


69 Federal LLC
36 Main Street
Wenham, MA 01984

Andrew Gray
4935 Steelhead Street
Juneau, AK 99801

Andrew Mackay
c/o Bespoke Cycling
30 Gresham Street
London UK EC2V7PG

Andrew Running
c/o Cronometro
338 West Lakeside Street
Madison, WI 53715

Anne Sehm
8307 North Classics Avenue
Fresno, CA 93720

April Joyce
c/o Gus' Bike Shop
55 Lafayette Road
North Hampton, NH 03862

Arthur Zerbey
1451 Great Pond Road
North Andover, MA 01845

Bank Gloucester
160 Main Street
Gloucester, MA 01930

Bank of America
P.O. Box 15796
Wilmington, DE 19886

Bartosz Polak
Unit 1/27 Huntingdale Road
Oakleigh VIC 3166 Australia

BCA
155 Highway 46 West
Fairfield, NJ 07004

Beneficial/New Lane Financing
123 S. Broad St.
17th Fl
Philadelphia, PA 19109

Bespoke Cycles (for individual)
2843 Clay Street
San Francisco, CA 94115

BOC International Inc.
21 Drydock Avenue, Ste. 520W
Boston, MA 02210

Bowen Sports Performance (individual)
225 NE Lafayette Avenue
Bend, OR 97701

Boyd Cycling
1105 Old Buncombe Road
Greenville, SC 29617

Calvin Fong
17 Telok Blangh Crescent
Singapore 090017

Capital One
PO Box 71087
Charlotte, NC 28272

Chase Card
P.O. Box 15153
Wilmington, DE 19886

Clifford Aronson
550 Polly Park Road
Rye, NY 10580

Cody Haight
18 Larose Avenue
Gloucester, MA 01930

Collete Trenchard
c/o FitWerx 2 MA
67 Foster Street
Peabody, MA 01960

Craig Underwood
1 Benjamin Place
Chestnut Hill, MA 02467

Cycles Bespoke
Unit 6/516 Guildford Road
Bayswater Wester Australia

David Klumpp
c/o Peregrine Bicycle Studio
621 W. Fulton Street
Chicago, IL 60661

David Musicant
c/o Landry's
790 Worcester Street
Natick, MA 01760

Department of Treasury
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Ed Liebowitz
29 Grove Street
Madison, NJ 07940

Encore Leasing Group, LLC
815 Mission Avenue, Suite 202
Oceanside, CA 92054

Eric Pinn
104 Island Planation Terrace
Vero Beach, FL 32963

Erik Meuleman
1445 Chamber Drive
Boulder, CO 80305

Fed Ex
P.O. Box 371461
Pittsburgh, PA 15250

Full Speed Ahead
12212 Cyrus Way
Mukilteo, WA 98275

Gary Straus
12264 Nasino Avenue
Las Vegas, NV 89138

Griffin McPartland
241 Oakland Avenue, Apt. 2
Oakland, CA 94611

Group Ostiguy (for individual)
24 Chemin de la rive
Lac-Beauport
QC G3B 1E1 CA

Hunter Kelley
22-55 38th Street, Apt. 2
Astoria, NY 11105

ITG International Transports, Inc.
6 Kimball Lane
Lynnfield, MA 01941

James Dwyer
135 Split Rock Road
Spring, TX 77381

James King
c/o Sky Blue Bikes
419R Queens Road West
Shek Tong Tsui, Hong Kong

James Yearsley
c/o Push Cartel
North Road
Ableside, Cumbria LA22 9DT UK

Jan Silverskiod
101 Willits Way, Unit 103
Basalt, CO 81621

Jane Miller
c/o FitWerx VT
4312 Main Street
Waitsfield, VT 05673

Jay Bowen
c/o Perry Rubber Bike Shop
240 Bull Street
Savannah, GA 31401

Jim Bradley
2210 Van Hise Avenue
Madison, WI 53726

Joel Winer
2897 Deer Chase Lane
York, PA 17403

John Lees
16 Gurney Street
Cambridge, MA 02138

Kindsey Hironimus
4808 Tile Line Road
Crystal Lake, IL 60012

Lisa Chance
10 Old Colony Drive
Westborough, MA 01581

Lisa Predella
2 Flint Locke Lane
Medfield, MA 02052

Lisa Rtomancce
56 Beech Street
Lake Grove, NY 11755

Luke Mulkearns
208 Woodland Street
Strathmore, VIC 3041 Australia

Lyndall Robinson
14 Hillcrest Ave., Apt. 2
Beverly, MA 01915

7

Mark Elliot
22 Skyview Road
Lexington, MA 02420

Mark Hitz-Hitz Cyclery
3012 Mahan Court
Grapevine, TX 76051

Mark Nardone
20 Oxford Street
Natick, MA 01760

Massachusetts Department of Revenue
Bankruptcy Unit
P O Box 7090
Boston, MA 02204-7090

Massachusetts Growth Capital Corp.
The Schrafft's Center
529 Main Street
Charlestown, MA 02129

Matt Ginsburg
229 East 12th Street, Apt. 54
New York, NY 10003

Matthew Babson
1 Blackburn Drive
Gloucester, MA 01930

Matthew Jensen
30 Manton Road
Swampscott, MA 01907

Matthew Springer+G89
471 Winding River Road
Hillsborough, NC 27278

McMaster-Carr
PO Box 7690
Chicago, IL 60680

Merrill Hayase
32 Alta Cascate Place
Henderson, NV 89011

Michael Digris
31 Cherry Street
Wenham, MA 01984

Neil Goldberg
c/o Landry's
790 Worcester Street
Natick, MA 01760

New England Draw Back Specialists
7 Vickery Lane
Rehoboth, MA 02769

Panso Composites Co., Ltd
12F, No. 150, Jiuru 2nd Rd., Samin Dist.
Kaohsiung City TW 80759

Paul Reardon
620 Holly Road
Marshfield, MA 02050

Peak Manufacturing
325 Authority Drive
Fitchburg, MA 01420

Peter Joson
114 N Windy Point
Orange, CA 92869

Piermont Bicycle Connection
212 Ash Street
Piermont, NY 10968

Rand-Whitney Container LLC
PO Box 847459
Boston, MA 02284

Richard Manders
23 Cleveland Street
Somerville, MA 02143

Robert & Isabel Parlee
16 Milk Street
Essex, MA 01929

Russell Elliot
22 Skyview Road
Lexington, MA 02420

Scott Litwin
c/o Jim's Bike Shop
8015 Planfield Road
Cincinnati, OH 45236

Scott Millmit
2902 Brownell Avenue
Sullivans Island, SC 29482

Shimano American Corp.
PO Box 513838
Los Angeles, CA 90051

Signature Cycles
14 Railroad Avenue
Greenwich, CT 06830

SRAM, LLC
24213 Newwork Place
Chicago, IL 60673

Steven Prebble
249 Hersey Street
Hingham, MA 02043

Steven Rossi
57 Rodman Lane
North Kingstown, RI 02852

Stuart Parker
190 Salem Street
Swampscott, MA 01907

Taylor
c/o FitWerx VT
4312 Man Street
Waitsfield, VT 05673

TCF Equipment Finance
11100 Wayzata Blvd., Ste. 801
Hopkins, MN 55305

Thad Beal
170 Varick Road
Newton, MA 02458

The Bicycle Lab
2600 NE 25th Terrace
Boca Raton, FL 33431

Tom Newberry
c/o FitWerx VT
4312 Main Street
Waitsfield, VT 05673

Tom Rodi
4 Patriots Landing
Essex, MA 01929

Tony Porter
c/o Bespoke Cycles
2843 Clay Street
San Francisco, CA 94115

U.S Small Business Administration
200 W. SANTA ANA BLVD # 740
SANTA ANA, CA 92701

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170

UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673

Victor Gasper
34 McDougall Street
Kensington, 2033 Sydney Australia

Vittoria Industries
1639 West Sheridan Avenue
Oklahoma City, OK 73106

Wendy Gaddy
c/o Velsmith
801 Ridge Road
Wilmette, IL 60091

Wrench Science (for individual)
1022 Murray Street
Berkeley, CA 94710


Dated this 9th day of October 2023.

*/s/ Nina M. Parker*
Nina M. Parker (BBO #389990)
David B. Madoff (BBO #552968)
MADOFF & KHOURY LLP

11

        124 Washington Street
        Foxboro, MA 02035
        508-543-0040
        parker@mandkllp.com